**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALICIA STEPHENS,

        Plaintiff,

v.                                                  Case No: 6:17-cv-2056-Orl-40KRS

SANTANDER CONSUMER USA, INC.,

        Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff Alicia Stephens and Defendant Santander Consumer USA, Inc.'s Joint Motion Staying Case Pending Arbitration (Doc. 10), filed December 20, 2017. Upon review of the joint motion, the Court is satisfied that the parties have agreed to binding arbitration under the Federal Arbitration Act.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion Staying Case Pending Arbitration (Doc. 10) is **GRANTED**. The parties shall proceed to arbitration in accordance with the terms of their arbitration agreement.

2. The proceedings are hereby **STAYED** and the Clerk of the Court is **DIRECTED** to administratively close the file. The Court retains jurisdiction of the case to adjudicate any post-arbitration motions the parties may make.

3. The parties shall file a joint status report on March 1, 2018, and every ninety (90) days thereafter advising the Court on the progress of arbitration.

**DONE AND ORDERED** in Orlando, Florida on January 2, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties